UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

TCYL, LLC,                                          )
                                                    )
            Plaintiff,                              )
                                                    )
v.                                                  )        No. 3:13-cv-253
                                                    )        (PHILLIPS/GUYTON)
DOES1-13,                                           )
                                                    )
                                                    )
            Defendants.                             )

## ORDER

This matter is before the Court on the Report and Recommendation filed by United States

Magistrate Judge H. Bruce Guyton, pursuant to 28 U.S.C. § 636, the Rules of this Court, and

Standing Order 13-02. [Doc. 5]. The Plaintiff in this case filed a Motion for Discovery Prior to

Rule 26 Conference on April 24, 2013. [Doc. 4]. In reviewing the matter, Magistrate Judge

Guyton determined, *sua sponte,* that the Eastern District of Tennessee is an improper venue for

this matter; consequently, he recommends that the Court transfer this matter to a proper venue,

specifically, the Western District of Tennessee. *Id.* The Honorable Thomas W. Phillips, United

States District Judge, having reviewed the matter, is in complete agreement with the Magistrate

Judge.

There have been no timely objections to the Report and Recommendation, and enough

time has passed since the filing of the Report and Recommendation to treat any objections as

having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Accordingly, for the

reasons stated in the Report and Recommendation [Doc. 5], the Clerk is **DIRECTED** to transfer

this action to the United States District Court for the Western District of Tennessee.

**IT IS SO ORDERED**.

ENTER:

_____s/ Thomas W. Phillips_
United States District Judge